**FILED**

FEB 18 2016

CLERK U S DISTRICT CLERK
_____ DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. W16-627M |
| v. | ) **INFORMATION** |
| LAWYER DOUGLAS, | ) [Count One: 18 U.S.C. §§ 7(3) & 13 and T.P.C. § 49.04(a) – Driving While Intoxicated] |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. §§ 7(3) & 13 and T.P.C. § 49.04(a)]

On or about January 17, 2016, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

LAWYER DOUGLAS

did operate a motor vehicle in a public place while intoxicated, in violation of Section 49.04(a) of the Texas Penal Code and Title 18, United States Code, Sections 7(3) & 13.

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
J. PATRICK ROBINSON
Special Assistant U. S. Attorney