IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**F I L E D**

MAR 0 2 2016

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No.  WA:16-M -00627(1) |
| | § | |
| (1) LAWYER DOUGLAS | § | |

## WAIVER OF RIGHTS AND CONSENT TO PROCEED BY VIDEO CONFERENCE

I, (1) LAWYER DOUGLAS, the above named defendant, who is accused of violation(s) of <u>Title 18</u>

<u>United States Code Section 13 & Texas Penal Code §49.04 - Driving While Intoxicated,</u> being advised of the

nature of the charges against me, hereby voluntarily waive any and all rights I may have pursuant to the

Confrontation Clause of the Sixth Amendment to the United States Constitution and pursuant to Fed.R.Crim. P.

43 and consent to proceed by video conference in the

(X)    initial appearance

( )    _____

Executed this 03/02/2016.

_____
Defendant

_____
Counsel for Defendant

_____
JEFFREY C. MANSKE
United States Magistrate Judge