UNITED STATES MAGISTRATE COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. WA:16-M-00627(1) |
| | § | |
| LAWYER DOUGLAS | § | |

## DEFENDANT'S FIRST MOTION FOR CONTINUANCE

TO THE HONORABLE JEFFERY C. MANSKE, UNITED STATES MAGISTRATE JUDGE FOR THE WESTERN DISTRICT OF TEXAS, WACO DIVISION:

Now comes Defendant, LAWYER DOUGLAS, by and through his attorney, Kristi DeCluitt, and files this Motion for Continuance in the above-styled and numbered cause and in support thereof would respectfully show unto the Court the following:

I.

Defendant is scheduled for arraignment before the Court in the above-numbered cause on March 11, 2016, at 9:00 a.m.

II.

Counsel received notice of appointment on March 2, 2016. As of 4:30 p.m. on Monday, March 7, 2016 , defense counsel has not received any discovery from the Government, and, therefore, asks for this continuance to have time to properly prepare.

IT IS THEREFORE requested this matter be continued to the April, 2016, docket.

Respectfully submitted,

/s/

Kristi DeCluitt
State Bar No. 24001745
3135 Franklin Avenue
Waco, Texas 76710
PHONE: (254) 717-1361
FAX:   (254) 753-5907

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the U.S. Attorney's Office at Ft. Hood, Texas.

___/s/_____
Kristi DeCluitt