# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs.<br><br>(1) LAWYER DOUGLAS<br>*Defendant* | § § § § § § | Case Number: WA:16-M-00627(1) |

## JUDGMENT IN A CRIMINAL CASE
**(For Offenses Committed On or After November 1, 1987)**

The defendant, (1) LAWYER DOUGLAS, appeared with counsel, Kristi DeCluitt.

The defendant pled guilty to Count 1 of the Information on 04/08/2016. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 18 USC 13 & Texas Penal Code §49.04(a) | Driving While Intoxicated | January 17, 2016 | 1 |

As pronounced on 04/08/2016, the defendant is sentenced as provided below. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $10.00 and a fine of $200.00. Said special assessment and fine shall be made to the Clerk, U.S. District Court, 800 Franklin Avenue, Room 380, Waco, Texas 76701.

It is further Ordered that the defendant, (1) LAWYER DOUGLAS, serve a 3 DAY term of confinement. The defendant is immediately remanded to the custody of the U.S. Marshal.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 11th day of April, 2016

_____
DENNIS G. GREEN
U.S. MAGISTRATE JUDGE